UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INGRID BARTSCH,

    Plaintiff,

Case No. 8:03Cv2580-T26T GW

vs.

KEVIN WAYNE ARCHER, individually,

JOHN WOMACK, in his individual
and official capacity,

CRAIG A. SAWICKI, in his individual
and official capacity,

CITY OF TAMPA,

    Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, INGRID BARTSCH, sues the Defendants, KEVIN WAYNE ARCHER (Archer), JOHN WOMACK (Womack), in his individual and official capacity, CRAIG A. SAWICKI (Sawicki), in his individual and official capacity, and CITY OF TAMPA (City), and alleges as follows:

1. This is an action for damages to redress the abridgment, under color of state law, of Plaintiff's rights protected under the Fourth and Fourteenth Amendments to the United States Constitution. The Court's jurisdiction is invoked pursuant to 42 U.S.C. §1983 and 28 U.S.C. §1343. Plaintiff also asserts state claims for false arrest and imprisonment and malicious prosecution, for which the Court's supplemental jurisdiction is invoked pursuant to 28 U.S.C. §1367.

2. The Plaintiff is a citizen of the United States and of the State of Florida and resides in Hillsborough County, Florida, where the events giving rise to this action occurred.

3. Defendant Archer is a resident of Hillsborough County, Florida, and is Plaintiff's former husband.

4. Defendant Womack is, and at all times relevant to this action was, employed as a Police Officer by the Defendant City in its Police Department.

5. Defendant Sawicki is, and at all times relevant to this action was, employed as a Police Officer by the Defendant City in its Police Department.

6. Defendant City is a municipal corporation organized and existing pursuant to the laws of the State of Florida.

## COUNT I: VIOLATION OF 42 U.S.C. §1983

7. Plaintiff incorporates Paragraphs One through Six as if fully rewritten herein.

8. On or about October 4, 2002, Defendant Womack, along with an unknown Hillsborough County Sheriff's Deputy, arrested and imprisoned Plaintiff upon the felony charge of negligent treatment of a child in violation of Florida Statute §827.03(3)(A).

9. Such arrest was made:

    a. Out of Defendant Womack's jurisdiction, in Lutz, Florida;

    b. Without a warrant;

    c. Without probable cause; and

    d. On false and malicious allegations by Defendant Archer, which Defendant Womack knew or should have known to be false and malicious.

10. In the course of the arrest, Defendant Womack threatened Plaintiff with bodily injury if she refused to allow him to handcuff her, despite her complete cooperation during the arrest procedure.

11. Defendant Womack subsequently put on the handcuffs so tightly that the handcuffs left large welts on Plaintiff's wrists.

12. Defendant Womack initiated transport of the Plaintiff to the jail, which was not completed for approximately three hours, and made several personal stops along the way. Plaintiff was handcuffed, as described above, during the entire transport.

13. Defendant Womack reported in his Police Report (see attached Exhibit 1) that the Plaintiff had been drinking, but refused the Plaintiff's repeated requests to administer a sobriety test.

14. At the time of Plaintiff's arrest, the Defendants knew, or should have known, that no probable cause existed to warrant such arrest. Defendant Womack, nevertheless, intentionally, and with reckless disregard for the Plaintiff's liberty interests secured by the Fourth and Fourteenth Amendments to the United States Constitution, and while acting under color of state law, arrested the Plaintiff. The arrest was approved by Defendant Sawicki. (See General Offense Hardcopy, attached hereto as Exhibit 2.)

## COUNT II: FALSE ARREST AND IMPRISONMENT

15. The Plaintiff incorporates Paragraphs One through Fourteen as if fully rewritten herein.

16. The conduct of Defendants Archer, Womack, and Sawicki, as described above, constituted an intentional unlawful restraint of the Plaintiff against her will.

17. At the time of the Plaintiff's arrest and imprisonment, the Defendants knew or should have known that no probable cause existed to warrant such arrest.

18. The restraint was unreasonable and unwarranted under the circumstances, and was without the color of authority.

19. Defendant City is responsible for the conduct of Defendants Womack and Sawicki, as described above, as such actions were undertaken in the course and scope of their employment.

20. As a direct and proximate result of the Defendants' unlawful conduct as described above, the Plaintiff has been publicly humiliated and has experienced severe mental anguish and emotional distress.

21. As a direct and proximate result of the Defendants' unlawful conduct as described above, the Plaintiff has suffered pecuniary losses, including, but not limited to, bonding and legal expenses. Plaintiff has, in addition, been publicly humiliated and has experienced physical pain and severe mental anguish and emotional distress.

## COUNT III: MALICIOUS PROSECUTION

22. The Plaintiff incorporates Paragraphs One through Twenty-one as if fully written herein.

23. By the conduct described above, Defendants Archer, Womack and Sawicki maliciously and without probable cause initiated a criminal proceeding against Plaintiff which later terminated in her favor.

24. Defendant City is responsible for the conduct of Defendants Womack and Sawicki, as described above, as such actions were undertaken in the course and scope of their employment.

25. As a direct and proximate result of the Defendants' unlawful conduct as described above, the Plaintiff has suffered pecuniary losses, including, but not limited to, bonding and legal

expenses. Plaintiff has, in addition, been publicly humiliated and has experienced physical pain and severe mental anguish and emotional distress.

26. As a direct and proximate result of the Defendants' unlawful conduct as described above, the Plaintiff has been publicly humiliated and has experienced severe mental anguish and emotional distress.

**WHEREFORE**, the Plaintiff prays:

    a. That the Court take jurisdiction over this action;

    b. That the Court award the Plaintiff compensatory damages;

    c. That the Court assess punitive damages against the Defendants Archer, Womack, and Sawicki, in their individual capacities;

    d. That the Court award the Plaintiff the costs of this action, including a reasonable attorney's fee; and

    e. That the Court award the Plaintiff such further relief as it deems warranted.

<u>JURY TRIAL DEMAND</u>

The Plaintiff demands a trial by jury on all issues so triable.

MARK F. KELLY
Florida Bar Number 216755
ROBERT F. McKEE
Florida Bar Number 295132
KELLY & McKEE, P.A.
1718 E. 7th Ave., Ste. 301 (33605)
P.O. Box 75638
Tampa, FL 33675-0638
(813) 248-6400
(813) 248-4020

```
Page: 1                        TAMPA PD
For: P34229              GENERAL OFFENSE HARDCOPY              GO 2002-439015

Wed, Jun. 04 2003                                 9000 - 953 NEGL TREAT OF CHILD
```

General Offense Information

```
    Operational status : ARREST
    Reported on Oct-04-2002 (Fri.) 1743
    Occurred on Oct-04-2002 (Fri.) 1700
    Approved on Oct-05-2002 (Sat.)  by 29973 - SAWICKI, CRAIG A
    Report submitted by 42518 - WOMACK, JOHN
    Org unit : Squad 46
    Located at 5209 TAMPA PALMS BL
               Municipality : Tampa
               District : 2    Beat : D12    Grid : 202
```

Offenses (Completed/Attempted)
```
    Offense : #1   9000 - 953 NEGL TREAT OF CHILD - COMPLETED
    Location : Other Structure
    Suspect used : Not Applicable
```

General Offense Information (cont'd)
```
    Felony/Misdemeanor : F    Bias : None (no bias)
    Family violence : NO
    IBR Clearance status : Not Applicable
```

Related Event(s)

```
    CP 2002-439015
```

Related Person(s)

```
  Case Specific :  JUV-VICTIM - 01     ARCHER, DELAINA KELSEY
    WHITE  FEMALE
    Born on Oct-29-1992 Born in 1992
    Residing at 14709 LAUREL LAKE LANE , LUTZ , Florida  33549-
  Phone Numbers
    Home :  (813)979-8200

    Ethnicity Non-Hispanic
    Speaks English
    America, United Stat Citizen
    4'7 in height, Weighing 85 lbs
    MEDIUM complexion, Medium  build
    Hair color : BLOND/STRAWBERRY
    Hair style : Long Straight
    Right Handed
  Reference Master Name Index
    ARCHER, DELAINA KELSEY
      WHITE  FEMALE   Born on Oct-29-1992   Born in 1992
Continued ...
```

EXHIBIT 1

```
Page: 2                        TAMPA PD
For: P34229              GENERAL OFFENSE HARDCOPY              GO 2002-439015

Wed, Jun. 04 2003                                     9000 - 953 NEGL TREAT OF CHILD
```

Linkage factors
  Resident status : **County (Hillsborough)**
  Statement taken : **YES**


Case Specific : ARRESTEE - 01   BARTSCH, INGRID
  **WHITE   FEMALE**
  Born on **Jun-13-1958** Born in **1958**
  Residing at **14709 LAUREL LAKE LN , LUTZ , Florida   33549-**
Phone Numbers
  Home : **(813)979-8200**    Business : **(813)974-0986**

  S.S.N. : ██████████  Born in **Canada**
  Occupation : **PROFESSOR**
  Employed by **UNIVERSITY OF S FL  - 4202 E FOWLER AVE**
  Driver's license : **B632400587130**
  **Divorced** Ethnicity **Non-Hispanic**
  Speaks **English**
  **America, United Stat** Citizen
  Disability : **Drug/Alcohol Addiction**
  **5'6** in height, Weighing **116 lbs**
  **FAIR** complexion, **Thin**  build
  Hair color : **BROWN**
  Hair style : **Short Length**
  Eye color : **HAZEL**
  Lens type : **Other Wire**
  **Right Handed**
Reference Master Name Index
  BARTSCH, INGRID
  **WHITE   FEMALE**   Born on **Jun-13-1958**   Born in **1958**

Linkage factors
  Resident status : **County (Hillsborough)**
  Offense : **9000 - 953 NEGL TREAT OF CHILD - COMPLETED**
  Arrest date : **Oct-04-2002 (Fri.)**
  Arrest type : **Taken into Custody/Booked**


**Use of Force Details**

Use of Force Information
  Date occurred : **Oct-04-2002 (Fri.)**
  Time occurred : **2015**
  Location : **14709 LAUREL LAKE ANE**
  Nature of contact : **Arrest**
  Reason : **Necessary to Effect Arrest**
Continued ...

```
Page: 3                           TAMPA PD
For: P34229              GENERAL OFFENSE HARDCOPY              GO 2002-439015

Wed, Jun. 04 2003                              9000 - 953 NEGL TREAT OF CHILD

     Subjects present : 1
     Subject's conduct : Compliance
     Subject's resistance : Compliance
     Level of force or control used : Handcuffs

  Effects of Force Used
     On subject : No Complaint of Injury
        Rendered unconscious : N
        Treatment : No Treatment Necessary
        Transported to : Jail
        Name of attending physician : NONE
        Injury photographed : N
        Photographer serial # : N/A
        Injury description : NONE

     On police : No Complaint of Injury


  Officers Involved
     Reporting officer : WOMACK, JOHN
     Date reported : Oct-04-2002 (Fri.)

  Supervisor Information
     Responded: N


COMPLAINANT - 01    ARCHER, KEVIN WAYNE
     WHITE MALE
     Born on Jun-03-1957    Born in 1957
     Residing at 15350 AMBERLY DR # 2523 , TAMPA , Florida  33647-
  Phone Numbers
     Home :  (813)631-5232    Business :  (813)974-4843

    · S.S.N. : [REDACTED]       Born in Oregon
     Occupation : PROFESSOR
     Employed by UNIVERSITY OF SOUTH FLA  - 4202 E FOWLER AVE
     Driver's license : A626519572030   - Florida
  Marital status: Divorced
     Ethnicity: Non-Hispanic
     6'0 in height, Weighing 170 lbs
     FAIR complexion, Thin  build
     Hair color : GRAY OR PARTIALLY GRAY
     Hair style : Short Length
     Eye color : HAZEL
     Additional remarks : CELL PHONE IS 310-6465

  Linkage factors
     Resident status : City (Tampa)
     Statement taken : YES
Continued ...
```

```
Page: 4                             TAMPA PD
For: P34229              GENERAL OFFENSE HARDCOPY            GO 2002-439015

Wed, Jun. 04 2003                              9000 - 953 NEGL TREAT OF CHILD
```

EYEWITNESS - 01    PHANEUF, RACHEL SARAH
  WHITE  FEMALE
  Born on **Feb-23-1981**    Born in **1981**
  Residing at **10302 VENITIA REAL AVE** , **TAMPA** , **Florida**  **33647-**
  Phone Numbers
  Home :  (813)907-3141     Business :  (813)972-0907

  S.S.N. : ▇▇▇▇▇▇▇     Born in **Florida**
  Occupation : **CHILD CARE**
  Employed by **TAMPA PALMS KINDERCARE** - **5209 TAMPA PALMS BLVD**
  Driver's license :  P510737815630   - **Florida**
  Marital status: **Single**
  Ethnicity: **Non-Hispanic**
  5'10 in height, Weighing **175 lbs**
  **FAIR** complexion, **Medium**  build
  Hair color : **BLOND/STRAWBERRY**
  Hair style : **Shoulder Length**
  Additional remarks : **CELL PHONE IS 787-4539**

  Linkage factors
    Resident status : **County (Hillsborough)**
    Statement taken : **YES**

**Related text page(s)**

  Document: **CASE SUMMARY**
     Author: **42518 - WOMACK, JOHN**
  Related date/time: **Oct-04-02 1743**

THE DEF WENT TO PICK HER CHILD UP FROM KINDER-CARE AND HAD BEEN DRINKING.
THE VICTIM REFUSED TO GO IN THE CAR, SO THE DEF LEFT HER AT THE KINDER CARE
AND NEVER RETURNED TO PICK HER UP.  THE DEF NEVER MADE ANY OTHER
ARRANGEMENTS FOR HER CHILD TO BE PICKED UP.


  Document: **STATEMENT**
     Author: **42518 - WOMACK, JOHN**
        Subject: **ARCHER KEVIN WAYNE**
  Related date/time: **Oct-04-02 1800**

THE COMPLT. RELATED THAT HIS DAUGHTER CALLED HIM TODAY TO COME PICK HER UP
FROM THE DAY CARE BECAUSE HER MOM LEFT HER THERE.  COMPLT SAID HIS DAUGHTER
TOLD HIM HER MOM HAD BEEN DRINKING BECAUSE SHE WAS SLURRING WORDS.  THE
COMPLT RELATED HIS EX-WIFE HAS A DRINKING PROBLEM AND SHE IS ALWAYS LEAVING
THE KIDS AND THEN HE HAS TO GO PICK THEM UP AND TAKE CARE OF THEM BECAUSE
SHE IS OFF DRINKING.  COMPLT SAID THEY DO THE CHILD EXCHANGE AT THE USFPD
AND THEY HAVE TOLD HER NOT TO DRIVE.  COMPLT RELATED THERE WAS ANOTHER
Continued ...

```
Page: 5                              TAMPA PD
For: P34229                  GENERAL OFFENSE HARDCOPY              GO 2002-439015

Wed, Jun. 04 2003                                    9000 - 953 NEGL TREAT OF CHILD
```

INCIDENT ON 09-19-02 WHEN SHE LEFT HER SON BECAUSE HE WOULD NOT GET IN THE CAR BECAUSE SHE WAS INTOXICATED. COMPLT SAID THAT SHE NEEDS HELP FOR HER DRINKING, BECAUSE SHE JUST RECENTLY GOT SUSPENDED FOR COMING TO WORK INTOXICATED. THE COMPLT SAID LEAVING THE KIDS OCCURS A LOT.

```
Document: STATEMENT
   Author: 42518 - WOMACK, JOHN
      Subject: ARCHER DELAINA KELSEY
Related date/time: Oct-04-02 1815
```

THE VICTIM RELATED THAT HER MOM CAME TO PICK HER UP AT 5:00 P.M. THE VICTIM RELATED THAT HER MOM WAS SLURRING HER WORDS AND ACTING FUNNY. VICTIM SAID SHE ACTS LIKE THIS WHEN SHE HAS BEEN DRINKING. THE VICTIM RELATED HER MOTHER ASKED HER 2 TIMES IF SHE WAS GOING TO COME WITH HER AND SHE JUST DID NOT SAY ANYTHING. WHEN HER MOTHER WENT TO SIGN HER OUT, SHE ASKED THE VICTIM AGAIN IF SHE WAS GOING TO COME WITH HER. THE VICTIM THEN TOLD HER " NO ". THE VICTIM SAID HER MOM THEN WALKED OUT AND LEFT HER. VICTIM SAID A FEW MINUTES LATER SHE CAME BACK AND YELLED AT HER, " HOW DARE YOU DO THIS ", " HOW DARE YOU DO THIS TO ME ". VICTIM SAID SHE THEN WALKED OUT AND DID NOT COME BACK. VICTIM SAID SHE DID NOT SAY ANYTHING. VICTIM RELATED THAT ABOUT 75% OF THE TIME HER MOM PICKS HER UP, SHE IS SLURRING HER WORDS. VICTIM SAID AFTER SHE WAS LEFT FOR A LITTLE WHILE, SHE CALLED HER DAD TO COME GET HER. VICTIM RELATED THAT SOMETIMES HER MOM GRABS HER IN THE ARMS AND HURTS HER WHILE SHE IS TALKING ON THE PHONE WITH HER DAD.

```
Document: STATEMENT
   Author: 42518 - WOMACK, JOHN
      Subject: PHANEUF RACHEL SARAH
Related date/time: Oct-04-02 1900
```

THE WITNESS RELATED THAT SHE WAS THERE WHEN DELAINA'S MOTHER CAME TO PICK HER UP AND THE FIRST THING SHE SAID WAS, " ARE YOU WEARING THOSE JEANS TO PRACTICE". THE WITNESS SAID SHE SAID THIS A COUPLE OF TIMES AND IT WAS MEAN SOUNDING. THE WITNESS THEN RELATED THE MOTHER THEN ASKED DELAINA TWO TIMES IF SHE WAS COMING WITH HER AND DELAINA JUST LOOKED AT HER. WITNESS SAID THE THIRD TIME DELAINA ANSWERED " NO ". WITNESS SAID THAT THE MOTHER WALKED OUT AND THEN CAME BACK A FEW MINUTES LATER AND STARTED TO YELL AT DELAINA, " HOW COULD YOU DO THIS, HOW COULD YOU DO THIS TO ME ". WITNESS SAID AFTER THAT SHE DID NOT SAY ANOTHER WORD AND SHE LEFT. WITNESS SAID THEN DELAINA CALLED HER DAD TO PICK HER UP. WITNESS RELATED SHE DOES NOT KNOW THE MOTHER AND CAN NOT SAY IF SHE WAS SLURRING HER WORDS BECAUSE SHE HAD OTHER KIDS AROUND HER.

```
Document: STATEMENT
   Author: 42518 - WOMACK, JOHN
      Subject: BARTSCH INGRID
```
Continued ...

```
Page: 6                          TAMPA PD
For: P34229              GENERAL OFFENSE HARDCOPY              GO 2002-439015

Wed, Jun. 04 2003                              9000 - 953 NEGL TREAT OF CHILD
```

Related date/time: **Oct-04-02 2000**

THE DEF SAID THAT SHE WENT TO PICK HER DAUGHTER UP AND SHE DID NOT WANT TO GO, SO SHE SAID SHE TOLD HER DAUGHTER TO CALL HER FATHER. THE DEF SAID THAT HER EX-HUSBAND HAD THIS ALL PLANNED BECAUSE HE CALLED THE DAUGHTERS SOCCER COACH AND SAID SHE WOULD NOT BE AT PRACTICE. THE DEF THEN SAID THAT SHE WAS GOING BACK TO THE KINDER CARE AFTER SHE SAW HER DAUGHTER WAS NOT AT SOCCER PRACTICE. DEF SAID SHE DID NOT LEAVE HER DAUGHTER AT THE KINDER CARE. THE DEF INVOKED AFTER SHE WAS READ HER MIRANDA WARNING.

Document: **INITIAL REPORT**
   Author: **42518 - WOMACK, JOHN**
Related date/time: **Oct-04-02 2338**

ON THE LISTED DATE I RESPONDED TO 5209 TAMPA PALMS BLVD IN REFERENCE TO A 9 YR OLD FEMALE HAD BEEN LEFT AT DAY CARE INTENTIONALLY BY HER MOTHER. I RESPONDED AND CONDUCTED INTERVIEWS WITH THE LISTED PARTIES. I THEN WENT TO THE DEF'S HOUSE WITH DEPUTY CHAD MICHAEL # 1222 SO SHE COULD BE TAKEN INTO CUSTODY. WHILE TRYING TO EXPLAIN TO HER WHY SHE WAS GOING TO JAIL, AND WHY I WAS AT HER HOUSE, SHE GAVE HER INTERVIEW VOLUNTARILY. I READ THE DEF HER MIRANDA WARNING FROM MEMORY SHE DID NOT WANT TO ANSWER ANY QUESTIONS. THE CHILD WAS LEFT IN HER FATHERS CARE. THE DEF WAS TRANSPORTED TO JAIL. I THEN REPORTED THE INCIDENT TO THE ABUSE HOT LINE AND MARGARET ID # 5122 TOOK THE REPORT. WHEN I FIRST HAD CONTACT WITH THE DEF AT HER HOUSE, I COULD SMELL THE FAINT ODOR OF AN ALCOHOLIC BEVERAGE ON HER BREATH, YET SHE DENIED HAVING ANYTHING TO DRINK. ON 9-19-02 WE HAD A CALL AT THE YMCA WHERE THE DEF LEFT HER SON AT YMCA BECAUSE SHE HAD BEEN DRINKING ON THAT DAY. THE FATHER RELATED THAT THIS HAPPENS ON A REGULAR BASIS. THE FATHER WAS GIVEN THE REPORT NUMBER IN THIS INCIDENT.

Continued ...

**Conclusion Information**

General Information
   Agency : **TPD**
   Cleared status : **Cleared by Arrest** - Adult
   Cleared on **Oct-05-2002 (Sat.)** by **42518 - WOMACK, JOHN**
   Approved by **29973 - SAWICKI, CRAIG A**

Persons Involved
   Adults charged:      Males : **00** Females : **01**
   Juvenile charged:    Males : **00** Females : **00**
   Juvenile involved:   Males : **00** Females : **00**

\*\* END OF HARDCOPY REPORT \*\*

# CRIMINAL REPORT AFFIDAVIT / NOTICE TO APPEAR

Notebook 565953

GRID # 202

**COURT CASE / J.F. ID #:** _____
**SAO #:** _____
**OBTS #:** _____

**AGENCY REPORT #:** 02-43015
**AGENCY NAME:** Tampa PD
**ORI #:** 0292

**LOCATION OF OFFENSE:** 5209 _____ Blvd
**DATE OF OFFENSE:** 10-1-02
**TIME OF OFFENSE:** 1700 hrs

**WITHIN:** TAMPA ☑ PLANT CITY ☐ TEMPLE TERRACE ☐ UNINCORPORATED AREA ☐
**COURT:** TAMPA COURT ☑ PLANT CITY CT ☐

**LOCATION OF ARREST:** 14709 Laurel Lake Ln
**DATE OF ARREST:** 10-4-02
**TIME OF ARREST:** 2015 hrs

**BOOKING #:** _____ **SOID #:** _____ **WEAPON TYPE:** N/A **WEAPON SEIZED:** Yes ☐ No ☑

**ARREST:** Probable Cause ☑ Adult ☑ / Felony ☑

**NOTICE TO APPEAR:** Arresting officer ☐ Booking supervising officer ☐

**NAME:** Bartsch, Ingrid
**ALIAS:** _____

**RACE:** W-White (W)
**SEX:** F
**D.O.B.:** 6-13-58
**APPROXIMATE AGE:** 44
**COMPLEXION:** Fair **BUILD:** _____
**HEIGHT:** 5'6" **WEIGHT:** 120
**EYES:** Haz **HAIR:** Bro

**LOCAL ADDRESS:** 14709 Laurel Lake Lane, Lutz, FL 33549 **Ph #:** 979-8200

**Business Address:** 4202 E Fowler Ave, Tampa, FL 33620 **Ph #:** 974-____

**Driver's License No.:** B632-400-58-713-0 **State:** FL
**SS #:** [redacted]
**PLACE OF BIRTH:** Canada

**Gang Member:** Yes ☐ No ☑

**STATUTE / ORD #:** 827.03(3)(A) **DV:** N **CHARGE STATUS:** F **CHARGE:** Child Neglect

AGENCY REPORT # 23-7015   AGENCY NAME TPD

**State facts to establish probable cause that a crime was committed by the defendant or that the child is dependent:** On the listed date the def went to his daughters shelter to pick her up around 5:00 pm. The def and Crew Dorsey were showing her worth, So the daughter did not want to get into the car. The def went to grab his daughter and she said leave me and walked out. The def then came back to get the daughter "how dare you, how dare you" and hit her [illegible] in the face. The def failed to provide care and concern for the victim. The victim was left at the daycare for over eight hours under the until her father could come and take her according. [illegible] The victim good. Witnesses advised the def with one [illegible] the victim. Def cited with a no drivers license.

Judgement requested against defendant for agency investigative cost per Florida Statute 938.27: $ 136=

OFFICER J. Womack #945
I.D. # 42518   Dist. & Squad 2/46

SWORN TO AND SUBSCRIBED BEFORE ME THIS
7 DAY OF OCT, 2002
SGT Jim Cooper
LEO

POLICE REPORT WRITTEN: Yes ☑ No ☐
OFFICER _____ I.D. # _____ Dist. & Squad _____

I SWEAR THAT THE ABOVE STATEMENTS ARE CORRECT TO THE BEST OF MY KNOWLEDGE. FOR NOTICES TO APPEAR, I ALSO CERTIFY THAT A COMPLETE LIST OF WITNESSES AND EVIDENCE KNOWN TO ME IS ATTACHED.

Affiant Signature: J Womack
Affiant Printed: J. Womack

---

I am the Victim ☐  Contact person for the victim ☐  or, Next of Kin of the victim ☐  In a  Homicide ☐  Sexual Offense ☐
Child Abuse ☐ (Including Attempts)  Other ☐ _____   I wish to be notified if the defendant is _____

NAME _____
Address _____

ARRESTING AGENCY

WITNESS STATUS: V-Victim   C-Complainant   W-All Other Witnesses

| Status | Last | First | Middle | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| V | Archer | Delaina | Kelsey | W | F | |
| | 19709 Laurel Lake Lane | | Lutz FL 33558 | | | |
| C | Archer | Kevin | Wayne | W | M | 1-2-57 |
| | 15350 Amberly Dr | | Tampa FL 33647 | | | 631-5232 |
| | 4202 E Fowler Ave | | Tampa FL 33620 | | | 974-[illegible] |
| W | Phaneuf | Rachel | Sarah | W | F | 2-23-81 |
| | 10302 Venetia Reul Rd | | Tampa FL 33647 | | | 907-3141 |
| | 5209 Tampa Palms Blvd | | Tampa FL 33647 | | | 972-0907 |